# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUL 12 A 9: 33

[CLERK STAMP]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lorenzo Hart - #241060 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:06cv610-WC
) KS
1.) Mr. Richard Allen - (ADOC) Prison Commissioner; ) (To be supplied by Clerk of  WC
2.) Mr. James Deloach - Head Warden at Draper ) U.S. District Court)
Correctional Facility; 3.) Sgt. Timothy Logan - )
Correction Officer Two at Draper Correctional )
Facility; and 4.) Officer Casandra Miller - ) (Demand Jury Trial).
Correction Officer One at Draper Correctional )
Facility; who are the (Defendants) and being sued )
individually and in their own official capacities. )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )   NO (xx)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ( )   NO (xx)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) __Inmate Lorenzo Hart - #241060_____

         Defendant(s) __(ADOC) Commissioner - Mr. Richard Allen ; Warden-Mr. James
         Deloach ; Sgt. Timothy Logan ; and Officer Casandra Miller.__

2. Court (if federal court, name the district; if state court, name the county) __(N/A)__

3. Docket number __(N/A)__

4. Name of judge to whom case was assigned __(N/A)__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __(N/A)__

6. Approximate date of filing lawsuit __(N/A)__

7. Approximate date of disposition __(N/A)__

II. PLACE OF PRESENT CONFINEMENT __Draper Correctional Facility, P.O. Box 1107, Elmore, Alabama 36025.__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Draper Correctional Facility, P.O. Box 1107, Elmore, Alabama 36025.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | (ADOC) Comm.-Mr. Richard Allen, 1400 Lloyd St., Montg., AL 36130. | |
| 2. | Warden-Mr. James Deloach, Draper CF, P.O. Box 1107, Elmore, AL 36025. | |
| 3. | Sgt. Timothy Logan, Draper CF, P.O. Box 1107, Elmore, AL 36025. | |
| 4. | Ofc. Casandra Miller, Draper CF, P.O. Box 1107, Elmore, AL 36025. | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __June 26, 2006.__

## V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

**GROUND ONE:** Prison official use of unnessary physical force in violation of the Plaintiff's 8th Amendment rights to the U.S. Constitution.

**SUPPORTING FACTS:** 1.) On June 26, 2006, at approximately 9:30A/M, the Plaintiff, was standing in the line waiting to go in the chow hall to eat lunch. During this time, several inmates standing in the back of the chow hall line begin hollowering obscencities at Defendant Miller. After, Defendant Miller ordered the Plaintiff and several other inmates who was in the chow line to come with her to the hallway. Once in the hallway, the Plaintiff herein, began expressing to Defendant Miller that he had said or done anything. Around this time, Defendant Logan came up to see what was going on with Defendant Miller. Whereas, Defendant Miller told Defendant Logan that I, the Plaintiff, was in the chow hall line out side calling her "A bald headed freak!". Around this time, Defendant Logan hit me, the Plaintiff, with his right hand fist on the left side of the face. Whereas, in Defendant Logan attempting to hit the

(CONTINUE ON ATTACHMENT SHEET #1).

**GROUND TWO:** _____

**SUPPORTING FACTS:** _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

WHEREFORE , the Plaintiff herein , requests that this Honorable Court grant to him the following relief:

(A.) To grant in the favor of the Plaintiff a declaratory judgment that Defendants Logan , Miller , and Deloach , actions described in paragrahps (1,2,3 and 5) violated the Plaintiff's

(CONTINUE ON ATTACHMENT SHEET #2)

*Lorenzo Hart* AIS# 241060
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 7th 2006 .
(Date)

*Lorenzo Hart* AIS# 241060
Signature of plaintiff(s)

4

(CONTINUATION OF GROUND ONE SUPPORTING FACTS)

Plaintiff a second time in the face with his fist. The Plaintiff threw up his left arm to block Defendant Logan's second blow to the face. In doing so, Defendant Logan grabbed the Plaintiff left hand (middle fingers) and began twisting them until one of them broke. After, Defendant Logan told the Plaintiff to get to his assigned dorm and (he) better not see the Plaintiff anymore throughout the first shift. Defendant Miller done anything but stood and watched Defendant Logan assault the Plaintiff.

2.) On June 26, 2006, at approximately 9:50A/M, after Defendant Logan had done broke the Plaintiff's finger. The Plaintiff went to the shift office to obtain a sick call request form as means to get some medical attention. But was told by the shift clerk that the Plaintiff had to wait until the second shift came on duty. After, the Plaintiff went to the chow hall where Defendant Logan was and requested for some medical attention and to go to the (Staton) prison infirmary to see about the Plaintiff's left hand (middle fingers). After, Defendant Logan told the Plaintiff that he was not going to send him anywhere, because there was anything wrong with the Plaintiff that he (Defendant Logan) could see.

3.) On June 26, 2006, after Defendant Logan's first shift had went off duty. The Plaintiff went to the second shift (Lt.) shift supervisor and reported Defendant Logan's actions and she had the Plaintiff taken to (Staton) prison infirmary to get a medical body chart and some treatment on the Plaintiff broke left hand (middle fingers).

4.) On June 27, 2006, in Defendants Logan and Miller attempting not to report the incident to which occurred between them and the Plaintiff on (June 26, 2006). When Defendant Logan came on duty and heard about the Plaintiff reporting his assault on the Plaintiff. Defendant Logan called the Plaintiff to the shift office and had the Plaintiff to write a statement. Whereas the Plaintiff stated the same as being written in this lawsuit complaint.

5.) The Plaintiff hereby asserts that Defendant Deloach is never directly involved when his prison officers on the 1st, 2nd, and 3rd shifts jump on and beat inmates at Draper Correctional Facility. Although, Defendant Deloach gains knowledge of his 1st, 2nd, and 3rd shift officers regular jumping on and beating of inmates in (DOC-601) incident reports submitted to him or when the inmate assaulted gets his family to call the prison. But refuse to stop the officers from jumping on and beating his inmates at will for unjustified reasons that does not require the use of excessive physical force at Draper Correctional facility.

6.) The Plaintiff hereby asserts that Defendant Allen is the newly appointed head of the Alabama Department of Corrections and should investigate the prison officers actions in jumping on and beating inmates, as means to punish, at Draper Correctional Facility. Whereas, to show an existing pattern of inmates assaulted and beat by prison officers for unjustified reasons, as the Plaintiff, at Draper Correctional Facility. The Plaintiff hereby submits the names of the following inmates, which only be a small portion of the many:

(CONTINUE ON ATTACHMENT SHEET #2)

ATTACHMENT SHEET #1

(CONTINUATION OF GROUND ONE SUPPORTING)

       1.) Adam Bradford B/#232789
       2.) Charleston George B/#232852
       3.) Bryan Grady B/#122650
       4.) Tommy Boldin B/#142961
       5.) Billy Tillery W/#177879
       6.) Margus Leonard B/#237013
       7.) Jermaine Miller B/#190668
       8.) Chris Gaines B/#144705
       9.) Demetrius Crowell B/#215803
     10.) Jason Mitchell B/#227695
     11.) Trumaine Arrington B/#215389
     12.) Bryan Sumerlin B/#236844.

## PLAINTIFF CLAIMS

1.) The Plaintiff hereby claims that Defendant Logan's action described in paragraphs (1 and 2) subjected him to cruel and unusual punishment and to the infliction of unjustified excessive physical force in violation of the Plaintiff's 8th Amendment rights to the U.S. Constitution.

2.) The Plaintiff hereby claims that Defendant Miller actions described in paragraph (1) constituted failure to protect him from Defendant Logan's use of unjustified excessive physical force, and subjected him to cruel and unusual punishment in violation of the Plaintiff's 8th Amendment rights to the U.S. Constitution.

3.) The Plaintiff hereby claims that Defendant Deloach actions described in paragraph (5) deprives him, as well as all the other inmates confined to Draper Correctional Facility, of their right to be free from the use of unjustified excessive physical force at will by the prison officers, in violation of the Plaintiff's 8th Amendment rights to the U.S. Constitution.

---

(CONTINUATION OF THE PLAINTIFF'S RELIEF SOUGHT)

8th Amendment rights to the U.S. Constitution;
    (B.) Compensatory damages (seperately and severally) in the amount of ($50,000) against each

(CONTINUE ON ATTACHMENT SHEET #3)

ATTACHMENT SHEET #2

(CONTINUATION OF PLAINTIFF'S RELIEF SOUGHT)

Defendants Logan, Miller, and Deloach;

(C.) Punitive damages (seperaterly and severally) in the amount of ($100,000) against each Defendants Logan, Miller, and Deloach;

(D.) A federal investigation by the U.S. Justice Department into the correctional officers (past and present) practices of using unjustified excessive physical force as means to punish the inmates confined to Draper Correctional Facility;

(E.) A trial by jury; and,

(F.) Whatever other relief this HONORABLE Court deems just and proper.

ATTACHMENT SHEET #3