IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LORENZO HART, #241060 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-610-WKW |
| | ) | (WO) |
| RICHARD ALLEN, COMMISSIONER, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed on September 27, 2006, it is hereby the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation (Doc. # 6) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

An appropriate judgment shall be entered.

DONE this 16th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE